NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEROY MONSALVATGE,                     )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-2372
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____    )

Opinion filed August 21, 2019.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Carolyn Snurkowski, Associate Deputy
Attorney General, Tallahassee, and Chelsea
N. Simms, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

          Affirmed.

KHOUZAM, C.J., and KELLY and BLACK, JJ., Concur.